RACHEL KREVANS (BAR NO. 116421) (RKrevans@mofo.com)
MATTHEW I. KREEGER (BAR NO. 153793) (MKreeger@mofo.com)
WESLEY E. OVERSON (BAR NO. 154737) (WOverson@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

CHARLES S. BARQUIST (BAR NO. 133785) (CBarquist@mofo.com)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Plaintiff
CHIRON CORPORATION

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2007
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| CHIRON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, LABORATORY CORPORATION OF AMERICA, NATIONAL GENETICS INSTITUTE,<br><br>Defendants. | No. CV04-1064 MRP (PLAx)<br><br>**STIPULATION AND** [PROPOSED] **ORDER ADMINISTRATIVELY CLOSING CASE**<br><br>The Honorable Mariana R. Pfaelzer |

On February 28, 2005, the United States Patent & Trademark Office declared two patent interferences involving the patent at issue in this case, U.S. Patent No. 6,531,276. The court has previously stayed the case pending the outcome of the

sf-2424000

1  interferences. The parties have informed the Court that the interferences have not
2  yet been resolved, and final resolution of the interferences is not imminent.
3      In the interests of judicial economy and conservation of the parties'
4  resources, the Court hereby orders that the case is administratively closed. Upon
5  the request of either party, the case may be reopened for further proceedings.

Dated: November 15, 2007

*/s/ Rachel Krevans*

Rachel Krevans
Matthew I. Kreeger
Wesley E. Overson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000

Charles S. Barquist
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
(213) 892-5200

*Attorneys for Plaintiff Chiron Corporation*

*/s/*

Alexander L. Brainerd
M. Patricia Thayer
Duane Nash
HELLER, EHRMAN, WHITE, & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
(415) 772-6000

James W. Dabney
Stephen S. Rabinowitz
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP
One New York Plaza
New York, New York 10004
(212) 859-8000

*Attorneys for Defendants Laboratory Corporation of America, Laboratory Corporation of America Holdings, and National Genetics Institute*

IT IS SO ORDERED:

*Mariana R. Pfaelzer*
The Honorable Mariana R. Pfaelzer

Dated: November 20, 2007

sf-2424000

1

2

## CERTIFICATE OF SERVICE

3

4  I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

5

6  I further declare that on November 15, 2007, I served a copy of:

7  **STIPULATION AND [PROPOSED] ORDER ADMINISTRATIVELY CLOSING CASE**

8

9  ☒  **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

10

11

12

13  Stephen S. Rabinowitz, Esq.                      _____ Fax
    Attorney                                        _____ U.S. Mail
14  Fried, Frank, Harris, Shriver & Jacobson, LLP   _____ Overnight
    One New York Plaza                              _____ Personal
15  New York, NY  10004-8000                        __X__ E-Mail
    Fax: (212) 859-8584
16  Email: srabinowitz@friedfrank.com

17  M. Patricia Thayer, Esq.                        _____ Fax
    Attorney                                        _____ U.S. Mail
18  Heller Erhman                                   _____ Overnight
    333 Bush Street                                 _____ Personal
19  San Francisco, CA  94104                        __X__ E-Mail
20  Fax: (415) 772-6268
    Email: patricia.thayer@hellerehrman.com
21

22  I declare under penalty of perjury that the foregoing is true and correct.

23  Executed at San Francisco, California, this 15th day of November, 2007.

24

25

26
        ___David M. Hymas___        _____(signature)_____
27              (typed)

28

Certificate of Service                    1
sf-2423993